COMMONWEALTH of Pennsylvania, Respondent

v.

Rafe Anthony **DUNN, Jr., Petitioner**

No. 468 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**